UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCAL 3599, NYC DEPT. OF ENVIRONMENTAL
PROTECTION TECHNICAL PROFESSIONAL
EMPLOYEES, *et al.*,

                                    Plaintiffs,

                    -v-

THE CITY OF NEW YORK, *et al.*,

                                    Defendants.

---

26 Civ. 1456 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 18, 2026, defendants filed a motion to dismiss the complaint under Rule 12 of

the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has 21 days after the

service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by

July 9, 2026.  No further opportunities to amend will ordinarily be granted.  If plaintiffs do

amend, by July 30, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any

opposition to the motion to dismiss by July 23, 2026.  Defendants' reply, if any, shall be served

by July 30, 2026.

---

[1] If defendants file a new motion to dismiss or relies on its previous motion, plaintiffs'
opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days
after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 22, 2026
       New York, New York